IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        No.     CV 16-0647 LH/CG
                                                      CR 10-3460 LH

ANGELO TAFOYA,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD"), (CV Doc. 6), filed September 26, 2016. In the PFRD, the Magistrate Judge recommended that Defendant Angelo Tafoya's *Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255*, (CV Doc. 1), be granted, his sentence be vacated, and he be resentenced. The parties were notified that objections were due within fourteen days. (CV Doc. 11 at 2). The recommendations of the Magistrate Judge are adopted by this Court.

**IT IS THEREFORE ORDERED** that Defendant Angelo Tafoya's *Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255*, (CV Doc. 1), be **GRANTED**.

_____
SENIOR UNITED STATES DISTRICT JUDGE